| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | PEGGY SASSO, Bar #228906 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant |
| | SAMUEL HENRY LEWIS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:13-CR-0149 AWI / BAM |
|---|---|---|
| Plaintiff, | ) | **AMENDED** STIPULATION TO CONTINUE FIRST STATUS CONFERENCE ORDER |
| v. | ) | |
| SAMUEL HENRY LEWIS, | ) | Date: July 22, 2013 |
| Defendant. | ) | Time: 1:00 p.m. |
| | ) | Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Melanie L. Alsworth, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Samuel Henry Lewis, that the hearing currently set for May 13, 2013 at 1:00 p.m. before Judge McAuliffe, **may be rescheduled to July 22, 2013 at 1:00 p.m.**

The government has provided initial discovery in the case. The requested continuance is necessary to allow time for defense counsel to discuss and review said discovery with Mr. Lewis. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

Dated: May 8, 2013  */s/ Melanie L. Alsworth*
MELANIE L. ALSWORTH
Assistant United States Attorney
Attorney for Plaintiff

JOSEPH SCHLESINGER
Acting Federal Defender

Dated: May 8, 2013  */s/ Peggy Sasso*
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
SAMUEL HENRY LEWIS

## ORDER

IT IS SO ORDERED.

**Dated: May 8, 2013**  **/s/ Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE