# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

United States of America

v.

**SAMUEL HENRY LEWIS**

) Case No. 1:13-CR-00149 AWI BAM
)
)
)
)

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (**X**) Ad Prosequendum    ( ) Ad Testicandum.

Name of Detainee: <u>Fresno County Jail</u>
Detained at (custodian): <u>1225 M Street, Fresno, CA 93721</u>

Detainee is: a.) (X) charged in this district by:
       (X) Indictment  ( ) Information  ( ) Complaint
      Charging Detainee With:

or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) (**X**) return to the custody of detaining facility upon termination of proceedings
or b.) ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

    Signature: <u>/s/ Melanie L. Alsworth</u>
    Printed Name & Phone No: <u>Melanie L. Alsworth/ 559-497-4000</u>
    Attorney of Record for: <u>United States of America</u>

## WRIT OF HABEAS CORPUS
    (**X**) Ad Prosequendum    ( ) Ad Testicandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date **JULY 22, 2013** and time **1:00 P.M..U.S. District Court before Judge McAuliffe,** recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

<u>7/19/2013            /s/ Barbara A. McAuliffe   </u>
Date              United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | SAMUEL HENRY LEWIS | Male | X |
| Booking or CDC #: | 1322925 | DOB: | 05/11/88 |
| | | Race: | Black |
| | | FBI #: | |

Facility Phone: Fresno County Jail

Currently Incarcerated For: PC25850 Loaded Firearm in Public (Person or Vehicle); PC3455(a) Violation of Probation; HS11378 Possession of Controlled Subst Sale

---

**RETURN OF SERVICE**

Executed on _____ by _____
               (Signature)