| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | PEGGY SASSO, Bar #228906 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |

Attorney for Defendant
SAMUEL HENRY LEWIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )   No. 1:13-CR-0149 AWI BAM
                           )
    *Plaintiff,*            )   STIPULATION TO CONTINUE SECOND
                           )   STATUS CONFERENCE
v.                         )    ORDER
                           )
SAMUEL HENRY LEWIS,        )
                           )   Date: November 12, 2013
    *Defendant.*            )   Time: 1:00 p.m.
                           )   Judge: Hon. Barbara A. McAuliffe
_____)

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Melanie L. Alsworth, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Samuel Henry Lewis, that the hearing currently set for September 23, 2013 at 10:00 a.m. before Judge McAuliffe, **may be rescheduled to November 12, 2013 at 1:00 p.m.**

The parties are in extensive discussions about the case, and except the matter to resolve as a result of those negotiations. Further time is needed for additional investigation in furtherance of those discussions. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: September 18, 2013 */s/ Melanie L. Alsworth*
MELANIE L. ALSWORTH
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Dated: September 18, 2013 */s/ Peggy Sasso*
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
SAMUEL HENRY LEWIS

**ORDER**

IT IS SO ORDERED.

**Dated: September 18, 2013**    **/s/ Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE