| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | PEGGY SASSO, Bar #228906 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | SAMUEL HENRY LEWIS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:13-cr-0149 AWI |
| | ) | |
| *Plaintiff,* | ) | STIPULATION AND ORDER |
| | ) | ADVANCING STATUS CONFERENCE |
| vs. | ) | |
| | ) | |
| SAMUEL HENRY LEWIS, | ) | DATE: November 4, 2013 |
| | ) | TIME: 10:00 a.m. |
| *Defendant.* | ) | JUDGE: Anthony W. Ishii |
| | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the hearing currently set for November 12, 2013 at 10:00 a.m., **may be advanced and rescheduled to November 4, 2013 at 10:00 a.m. for a change of plea hearing before the Honorable Anthony W. Ishii.**

The parties have entered into a plea agreement and have agreed to set the matter for a change of plea November 12, 2013.

-1-

|   |   |   |   |
|---|---|---|---|
|   |   |   | Respectfully submitted, |
|   |   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: October 21, 2013 |   | By: | */s/ Melanie L. Alsworth*<br>MELANIE L. ALSWORTH<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: October 21, 2013 |   | By: | */s/ Peggy Sasso*<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorneys for Defendant<br>SAMUEL HENRY LEWIS |

IT IS SO ORDERED.

Dated: October 22, 2013

SENIOR DISTRICT JUDGE