1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  PEGGY SASSO, Bar #228906
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  SAMUEL HENRY LEWIS

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  Case No. 1:13-cr-0149 AWI
                                    )
12              Plaintiff,          )  STIPULATION **ADVANCING** SENTENCING;
                                    )  ORDER THEREON
13 vs.                              )
                                    )
14 SAMUEL HENRY LEWIS,              )
                                    )
15              Defendant.          )  DATE: December 16, 2013
                                    )  TIME: 10:00 a.m.
16 _____ )  JUDGE: Anthony W. Ishii

17 **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

18 counsel, United States Attorney Melanie Alsworth, Counsel for Plaintiff, and Assistant Federal

19 Defender Peggy Sasso, Counsel for Defendant Samuel Henry Lewis, that the sentencing hearing

20 currently set for January 13, 2014 at 1:30 p.m., **may be advanced and rescheduled to**

21 **December 16, 2013 at 10:00 a.m. for sentencing before the Honorable Anthony W. Ishii.**

22       The parties have received the Presentence Report, and have no substantive objections

23 apart from the addition of a special condition while on supervised release. The parties would

24 like to add as special condition 8 that "Following incarceration, the Defendant shall participate in

25 the Delancey Street program for two years, and if unavailable, an equivalent intensive in-patient

26 drug treatment and life-skills development program, as directed by the probation officer."

27 Additionally, the parties have reached an agreement regarding the appropriate sentence in this

28

                                  -1-

case.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: December 12, 2013       By:    /s/ Melanie L. Alsworth
                                      MELANIE L. ALSWORTH
                                      Assistant United States Attorney
                                      Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: December 12, 2013       By:    /s/ Peggy Sasso
                                      PEGGY SASSO
                                      Assistant Federal Defender
                                      Attorneys for Defendant
                                      SAMUEL HENRY LEWIS

## O R D E R

IT IS SO ORDERED.

Dated:   December 12, 2013       _____
                                 SENIOR  DISTRICT  JUDGE